**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 29, 2014

Hon. Dawn A. Moore
Boswell & Moore, P.C.
1504 E. McKinney, Ste. 200
Denton, TX  76209

Hon. Paul D. Johnson
District Attorney
1450 East McKinney
Denton, TX  76209

Hon. Matthew J. Whitten
Assistant District Attorney
1450 East McKinney
Denton, TX  76209

Re:      Cause No. 13-12-00454-CR
Tr.Ct.No. F-2011-0668-D
Style:   CHRISTOPHER ALLEN GILLETTE v. THE STATE OF TEXAS

Re:      Cause No. 13-12-00455-CR
Tr.Ct.No. F-2011-0669-D
Style:   CHRISTOPHER ALLEN GILLETTE v. THE STATE OF TEXAS


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   State Prosecuting Attorney
      362nd District Court
      Hon. Sherri Adelstein, Denton County District Clerk
      Hon. Jeff Walker, Presiding Judge, Eighth Administrative Judicial Region